UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE CRUMWELL, *on behalf of herself and all other persons similarly situated*,

          Plaintiff,

v.

YELLOW THE LABEL LLC,

          Defendant.

25-cv-712 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On January 27, 2025, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. Although Defendant was served on April 4, 2025, the parties have yet to file their joint letter. They shall submit it no later than May 30, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    May 22, 2025
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge